# UNITED STATES DISTRICT COURT
for the
District of Montana

**FILED**

NOV 2 0 2014

Clerk, U.S. District Court
District Of Montana
Missoula

United States of America
v.
ANGELLA LEANN PARKER

Case No: CR 11-27-BU-DWM

USM No: 11477-046

Date of Original Judgment: 03/09/2012
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

self-represented
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 03/09/2012 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 11/06/2014

Effective Date: 11/06/2014
*(if different from order date)*

*Judge's signature*

Donald W. Molloy, United States District Court Judge
*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: ANGELLA LEANN PARKER
CASE NUMBER: CR 11-27-BU-DWM
DISTRICT: District of Montana

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: _____        Amended Total Offense Level: _____
Criminal History Category: _____           Criminal History Category: _____
Previous Guideline Range: _____ to _____ months    Amended Guideline Range: _____ to _____ months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS

Motion for reduction under Amendment 782 denied. See accompanying Order.