## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11–27–BU–DWM–4 |
| Plaintiff, | |
| v. | ORDER |
| ANGELLA LEANN PARKER, | |
| Defendant. | |

Defendant Angela Parker's Motion for Early Termination of Supervision is now before the Court.  (Doc. 170.)  Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant—including her revocation in 2017, (*see* Doc. 160), and the parties' arguments, the Court is not satisfied that early termination is warranted by "the interest of justice."  18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 170) is DENIED.

DATED this __14th__ day of April, 2020.

16:29 PM

Donald W. Molloy, District Judge
United States District Court